# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1430
_____

CHRISTAL R. MONTGOMERY,

    Appellant,

v.

JP MORGAN CHASE, NATIONAL
ASSOCIATION,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

October 23, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christal R. Montgomery, pro se, Appellant.

Terrance W. Anderson Jr. of Gray Robinson, P.A., Miami; Kristie Hatcher-Bolin of Gray Robinson, P.A., Lakeland; Rebecca A. Rodriguez, Fort Lauderdale; for Appellee.